```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08519
   BRUCE LAFFEE
   ILSE A LAFFEE                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA
         Debtor
    SSN XXX-XX-2561     SSN XXX-XX-9779
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 04/08/08 and confirmed on 06/09/08.

   2. The case was converted to Chapter 7 after confirmation, 02/18/2009.

   3. The Debtor paid a total of $ 13545.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 16554.64 | .00 | 1345.42 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 16000.00 | 574.01 | 4378.81 |
| MAZDA AMERICAN CREDIT | SECURED VEHIC | 9945.72 | 313.48 | 4639.55 |
| ECAST SETTLEMENT CORP | UNSECURED | 4092.48 | 1.57 | 43.43 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 495.78 | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED      42500.36           .00         4588.26           .00        47088.62
PRINCIPAL PAID          10363.78           .00           43.43           .00        10407.21
INTEREST PAID             887.49           .00            1.57           .00          889.06
TOTAL PAID              11251.27           .00           45.00           .00        11296.27
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00  and was paid $    2000.00   direct and $    1500.00   through the plan.

The Trustee received $     748.73 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/27/09                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE